Fill in this information to identify the case:

Debtor name  **Bishop Gorman Development Corporation**

United States Bankruptcy Court for the:  DISTRICT OF NEVADA

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| De Lage Landen Financial Services 1111 Old Eagle School Road Wayne, PA 19087 | dgarrison@leasedirect.com | Master Equipment Lease | | Unknown | $0.00 | Unknown |
| Greenberg Traurig Attn:  Mark Ferrario 3773 Howard Hughes Parkway Suite 400 Las Vegas, NV 89169 | ferrariom@gtlaw.com | Legal Fees | | | | $61,402.84 |
| J.A. Tiberti Construction Co., Inc. Attn:  Paul Maffey 1806 Industrial Road Las Vegas, NV 89102 | prh@hmlawlv.com | Judgment | Contingent Unliquidated Disputed | | | $29,139,096.56 |
| J.A. Tiberti Construction Co., Inc. Attn:  Paul Maffey 1806 Industrial Road Las Vegas, NV 89102 | prh@hmlawlv.com | Professional Services | | | | $575.00 |
| Lewis Roca Rothgerber Christie LLP Centralized Accounting Dept. 201 East Washington St., Suite 1200 Phoenix, AZ 85004 | rcharles@lrrc.com | Legal Fees | | | | $94,080.88 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

Debtor  **Bishop Gorman Development Corporation**  Case number *(if known)*
      Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Mr. and Mrs. Dana F. White, II** c/o Zuffa, LLC 2960 West Sahara Ave, Suite 100 Las Vegas, NV 89102 | afabrizio@ufc.com | **Donation** | **Contingent** | | | $110,000.00 |
| **Mr. and Mrs. Frank J. Fertitta, III** P. O. Box 379045 Las Vegas, NV 89137-9045 | scardinal@fertitta.com | **Donation** | **Contingent** | | | $554,000.00 |
| **Mr. Anthony A. Marnell, II** The Marnell Foundation 222 Via Marnell Way Las Vegas, NV 89119 | am3@marnellgaming.com | **Donation** | **Contingent** | | | $55,000.00 |
| **Mrs. Betty Engelstad** The Engelstad Family Foundation 851 S. Rampart Boulevard, #150 Las Vegas, NV 89145 | drich@engelstadfoundation.org | **Donation** | **Contingent** | | | $775,000.00 |
| **Wallace Neumann & Verville, LLP** 8930 Spanish Ridge Ave. Las Vegas, NV 89148 | reedl@wnvcpa.com | **Accounting & Audit Fees** | | | | $675.00 |
| **Zions Bank** Attn: Charles Loughridge Capital Markets, One South Main St. Suite 1700 Salt Lake City, UT 84133 | cloughridge@zionsbank.com | **Financial Consulting** | | | | $15,053.12 |