### Fill in this information to identify the case:

Debtor name: **Bishop Gorman Development Corporation**

United States Bankruptcy Court for the: DISTRICT OF NEVADA

Case number (if known): BK-17-11942-abl

☐ Check if this is an amended filing

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☒ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)
- ☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☒ *Schedule H: Codebtors* (Official Form 206H)
- ☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 5/17/2017

X _____
Signature of individual signing on behalf of debtor

**Deacon Aruna Silva**
Printed name

**Executive Director/Treasurer**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name: **Bishop Gorman Development Corporation**

United States Bankruptcy Court for the: DISTRICT OF NEVADA

Case number (if known): **BK-17-11942-abl**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
       Copy line 88 from *Schedule A/B*........................................................................................................ $ **0.00**

   1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*..................................................................................................... $ **5,349,273.75**

   1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*........................................................................................................ $ **5,349,273.75**

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $ **56,999,625.97**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................ $ **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................ +$ **2,722,657.66**

4. **Total liabilities** ..................................................................................................................................
   Lines 2 + 3a + 3b      $ **59,722,283.63**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Bishop Gorman Development Corporation** |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (if known) | **BK-17-11942-abl** |

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property           12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Bank of America Const/Bri - Non Restricted Funds (as of 04/17/2017)** Note: The actual petition date balance in this account was $0.00 due to the funds having been swept by Bank of America as a result of having been served by JATCO with the Garnishment Order. Prior to that event, the account balance was $4,016,033.14. As of April 28, 2017, these funds have been restored to Debtor's account ending in 6059. | | **6059** | **$0.00** |
| 3.2. | **Bank of America Loan - Non Restricted Funds (as of 04/17/17)** Note: The actual petition date balance in this account was $0.00 due to the funds having been swept by Bank of America as a result of having been served by JATCO with the Garnishment Order. Prior to that event, the account balance was $485,326.20. As of April 28, 2017, these funds have been restored to Debtor's account ending in 5127 | | **5127** | **$0.00** |

Debtor **Bishop Gorman Development Corporation**     Case number (If known) **BK-17-11942-abl**
       Name

| | | | | |
|---|---|---|---|---|
| 3.3. | **Bank of America Operating - Non Restricted Funds (as of 04/17/17) Note: The actual petition date balance in this account was $0.00 due to the funds having been swept by Bank of America as a result of having been served by JATCO with the Garnishment Order. Prior to that event, the account balance was $908,894.08. As of April 28, 2017, these funds have been restored to Debtor's account ending in 4652.** | | 4652 | $0.00 |

4. **Other cash equivalents** *(Identify all)*

    4.1.   **Deposits on Hold**                                                                                                                                                                                                         $138,696.86

5. **Total of Part 1.**                                                                                                                               $138,696.86

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2: Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

    8.1.   **Prepaid Expenses**                                                                        $14,056.42

    8.2.   **Professional Retainer**                                                              $25,000.00

9. **Total of Part 2.**                                                                             $39,056.42

   Add lines 7 through 8. Copy the total to line 81.

**Part 3: Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | |
|---|---|---|---|---|
| 11b. Over 90 days old: | 578,556.27 | − | 65,000.00 | =.... $513,556.27 |

Debtor  **Bishop Gorman Development Corporation**  Case number *(If known)* **BK-17-11942-abl**
       Name

| 12. | **Total of Part 3.** | **$513,556.27** |
|---|---|---|
|  | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. |  |

**Part 4:  Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:  Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:  Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:  Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| | **General description**<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. | **Aircraft and accessories** | | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**Master Lease Agreement with De Lage Landen Financial Services for Light Fixtures**<br>**Contract No. 25237771** | **Unknown** | | **$0.00** |
| | **Master Lease Agreement with De Lage Landen Financial Services for 42 LED Lights**<br>**Contract No. 25237802** | **Unknown** | | **$0.00** |

Debtor **Bishop Gorman Development Corporation** Case number *(If known)* **BK-17-11942-abl**
Name

| 51. | **Total of Part 8.** | $0.00 |
| --- | --- | --- |
| | Add lines 47 through 50.  Copy the total to line 87. | |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
  ■ No
  ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
  ■ No
  ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

  ☐ No.  Go to Part 10.
  ■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 55.1.  **5959 South Hualapai Way, Las Vegas, NV 89148  APN No. 164-36-601-005** | Fee simple | $111,876,123.12 | | Unknown |

| 56. | **Total of Part 9.** | $0.00 |
| --- | --- | --- |
| | Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. | |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
  ☐ No
  ■ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
  ☐ No
  ■ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

  ■ No.  Go to Part 11.
  ☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
  Include all interests in executory contracts and unexpired leases not previously reported on this form.

  ☐ No.  Go to Part 12.
  ■ Yes Fill in the information below.

Debtor **Bishop Gorman Development Corporation** Case number *(If known)* **BK-17-11942-abl**
Name

**Current value of debtor's interest**

71. **Notes receivable**
    Description (include name of obligor)

    **Due from BGHS** — 4,657,964.20 − 0.00 = **$4,657,964.20**
    Total face amount — doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

    **Potential Breach of Fiduciary Duty Claim**    Unknown
    Nature of claim
    Amount requested    $0.00

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**    **$4,657,964.20**

    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☐ No
    ■ Yes

Debtor  **Bishop Gorman Development Corporation**  Case number *(If known)* BK-17-11942-abl
       Name

## Part 12:  Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $138,696.86 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $39,056.42 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $513,556.27 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $4,657,964.20 | |
| 91. **Total.** Add lines 80 through 90 for each column | $5,349,273.75 | + 91b.  $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $5,349,273.75 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Bishop Gorman Development Corporation** |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (if known) | **BK-17-11942-abl** |

☐ Check if this is an amended filing

Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Bank of America, N.A.**<br>Creditor's Name<br>315 Montgomery Street<br>14th Floor<br>San Francisco, CA 94104<br>Creditor's mailing address<br><br>tdressel@mcguirewoods.com<br>Creditor's email address, if known<br><br>Date debt was incurred<br>12-1-2011<br>Last 4 digits of account number 2419<br>Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>5959 South Hualapai Way, Las Vegas, NV 89148  APN No. 164-36-601-005<br><br>Describe the lien<br>Deed of Trust and UCC-1<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $676,500.00 | Unknown |
| **2.2** **Bank of America, N.A.**<br>Creditor's Name<br>Attn: Swaps Operations<br>200 N. College Street,<br>NC1-004-03-43<br>Charlotte, NC 28255-0001<br>Creditor's mailing address<br><br>jgwent@hollandhart.com<br>Creditor's email address, if known<br><br>Date debt was incurred<br><br>Last 4 digits of account number 0844<br>Do multiple creditors have an interest in the same property? | Describe debtor's property that is subject to a lien<br>SWAP Agreement<br><br>Describe the lien<br>UCC-1<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply | $1,720,691.00 | Unknown |

| Debtor | **Bishop Gorman Development Corporation** | Case number (if know) | **BK-17-11942-abl** |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Clark County Treasurer** | **Describe debtor's property that is subject to a lien** | **$1,313,338.41** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | **Special Assessment Payable** | | |

**c/o Bankruptcy Clerk
500 S. Grand Central Pkwy.
Box 551220
Las Vegas, NV 89155-1220**
Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **De Lage Landen Financial Services** | **Describe debtor's property that is subject to a lien** | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | **Master Equipment Lease** | | |

**1111 Old Eagle School Road
Wayne, PA 19087**
Creditor's mailing address

**Describe the lien**
**UCC 2014007848-4**

**dgarrison@leasedirect.com**
Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number
7802**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **De Lage Landen Financial Services** | **Describe debtor's property that is subject to a lien** | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | **Master Equipment Lease** | | |

**1111 Old Eagle School Road
Wayne, PA 19087**
Creditor's mailing address

**Describe the lien**
**UCC No. 2013000857-4**

| Debtor | **Bishop Gorman Development Corporation** | Case number (if know) | **BK-17-11942-abl** |
|---|---|---|---|
| | Name | | |

_Creditor's email address, if known_

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**7802**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

**2.6**  **J.A. Tiberti Construction Co., Inc.**
_Creditor's Name_
**Attn: Paul Maffey**
**1806 Industrial Road**
**Las Vegas, NV 89102**
_Creditor's mailing address_

**prh@hmlawlv.com**
_Creditor's email address, if known_

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Judgment Recorded Inst. No. 20170227-0003271**

**Describe the lien**
**Judgment Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

$29,139,096.56     $0.00

---

**2.7**  **The Bank of New York Mellon**
_Creditor's Name_
**Attn: Patricia Cronin**
**400 S. Hope Street, Suite 400**
**Los Angeles, CA 90071**
_Creditor's mailing address_

**j.chris.matthews@bnymellon.com**
_Creditor's email address, if known_

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**County Bonds**

**Describe the lien**
**Letter of Credit & Reimbursement Agreement**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

$24,150,000.00     $0.00

---

Official Form 206D       Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**       page 3 of 5

| Debtor | Bishop Gorman Development Corporation | Case number (if know) | BK-17-11942-abl |
|---|---|---|---|
| | Name | | |

☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $56,999,625.97

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Bank of America, N.A.**<br>Attn: Geoffrey C. Wilson<br>Healthcare and Institutions Group<br>333 S. Hope St., 19th Floor<br>Los Angeles, CA 90071 | Line  **2.1** | |
| **Bank of America, N.A.**<br>Healthcare and Institutions Group<br>Attn: Geoffrey C. Wilson<br>333 S. Hope St., 19th Floor<br>Los Angeles, CA 90071 | Line  **2.2** | |
| **Bank of America, N.A.**<br>Standby Letter of Credit Department<br>1000 W. Temple Street, 7th Floor<br>Los Angeles, CA 90012 | Line  **2.2** | |
| **Bishop Gorman Development Corporation**<br>Attn: Deacon Aruna Silva<br>P.O. Box 18316<br>Catholic Center<br>Las Vegas, NV 89114-8316 | Line  **2.1** | |
| **Bishop Gorman High School**<br>Attn: John Kilduff<br>5959 S. Hualapai Way<br>Las Vegas, NV 89148 | Line  **2.1** | |
| **Charles H. McCrea**<br>Hejmanowski & McCrea LLC<br>520 South Fourth Street, Suite 320<br>Las Vegas, NV 89101 | Line  **2.6** | |
| **Gerald Gordon, Esq.**<br>Garman Turner Gordon<br>650 White Drive #100<br>Las Vegas, NV 89119 | Line  **2.6** | |
| **Joseph G. Went, Esq.**<br>Holland & Hart LLP<br>9555 Hillwood Drive, 2nd Floor<br>Las Vegas, NV 89134 | Line  **2.1** | |
| **Kurt A. Kaufmann, Esq.**<br>Sherman & Howard<br>633 Seventeenth St., Suite 3000<br>Denver, CO 80202 | Line  **2.7** | |

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 4 of 5

Debtor **Bishop Gorman Development Corporation**     Case number (if know) **BK-17-11942-abl**
Name

| | |
|---|---|
| **Lars Evensen, Esq.**<br>**Holland & Hart LLP**<br>**9555 Hillwood Drive, 2nd Floor**<br>**Las Vegas, NV 89134** | Line **2.1** |
| **Paul R. Hejmanowski**<br>**Hejmanowski & McCrea LLC**<br>**520 South Fourth Street, Suite 320**<br>**Las Vegas, NV 89101** | Line **2.6** |
| **The Bank of New York Mellon Trust Co.**<br>**700 South Flower Street, Suite 500**<br>**Los Angeles, CA 90017-4104** | Line **2.7** |
| **The Roman Catholic Bishop of Las Vegas**<br>**Attn: Judith Simon-Kohl**<br>**P.O. Box 18316**<br>**Chancery Office**<br>**Las Vegas, NV 89114-8316** | Line **2.1** |
| **Todd J. Dressel, Esq.**<br>**McGuire Woods LLP**<br>**Two Embarcadero Center, Suite 1300**<br>**San Francisco, CA 94111** | Line **2.2** |

**Fill in this information to identify the case:**

Debtor name: **Bishop Gorman Development Corporation**

United States Bankruptcy Court for the: **DISTRICT OF NEVADA**

Case number (if known): **BK-17-11942-abl**

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☒ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>Bank of America, N.A.<br>315 Montgomery Street<br>14th Floor<br>San Francisco, CA 94104<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Debt Service**<br>Is the claim subject to offset? ☒ No  ☐ Yes | **$4,764.00** |
| **3.2** | **Nonpriority creditor's name and mailing address**<br>Greenberg Traurig<br>Attn: Mark Ferrario<br>3773 Howard Hughes Parkway<br>Suite 400<br>Las Vegas, NV 89169<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Legal Fees**<br>Is the claim subject to offset? ☒ No  ☐ Yes | **$29,306.50** |
| **3.3** | **Nonpriority creditor's name and mailing address**<br>J.A. Tiberti Construction Co., Inc.<br>Attn: Paul Maffey<br>1806 Industrial Road<br>Las Vegas, NV 89102<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Professional Services**<br>Is the claim subject to offset? ☒ No  ☐ Yes | **$575.00** |
| **3.4** | **Nonpriority creditor's name and mailing address**<br>Lewis Roca Rothgerber Christie LLP<br>Centralized Accounting Dept. 201<br>East Washington St., Suite 1200<br>Phoenix, AZ 85004<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Legal Fees**<br>Is the claim subject to offset? ☒ No  ☐ Yes | **$94,080.88** |

Debtor **Bishop Gorman Development Corporation**                                 Case number (if known) **BK-17-11942-abl**
Name

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$110,565.00** |
|---|---|---|---|
| | Mr. and Mrs. Dana F. White, II<br>c/o Zuffa, LLC<br>2960 West Sahara Ave, Suite 100<br>Las Vegas, NV 89102 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** Donation-claim for funds held in trust by Debtor o/b/o claimant. Payment of BofA Construction Loan removes any contingency re: right to payment remaining issue as to nature & extent of estate's interest in trust funds (see SOFA pt 11 q. 21) | |
| | | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$552,824.00** |
|---|---|---|---|
| | Mr. and Mrs. Frank J. Fertitta, III<br>P. O. Box 379045<br>Las Vegas, NV 89137-9045 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** Donation-claim for funds held in trust by Debtor o/b/o claimant. Payment of BofA Construction Loan removes any contingency re: right to payment remaining issue as to nature & extent of estate's interest in trust funds (see SOFA pt 11 q. 21) | |
| | | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$552,824.00** |
|---|---|---|---|
| | Mr. and Mrs. Lorenzo J. Fertitta<br>P. O. Box 37905<br>Las Vegas, NV 89137-9045 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** Donation-claim for funds held in trust by Debtor o/b/o claimant. Payment of BofA Construction Loan removes any contingency re: right to payment remaining issue as to nature & extent of estate's interest in trust funds (see SOFA pt 11 q. 21) | |
| | | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$221,130.00** |
|---|---|---|---|
| | Mr. and Mrs. Michael J. Gaughan, Sr.<br>3071 Arabian Road<br>Las Vegas, NV 89107-4540 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** Donation-claim for funds held in trust by Debtor o/b/o claimant. Payment of BofA Construction Loan removes any contingency re: right to payment remaining issue as to nature & extent of estate's interest in trust funds (see SOFA pt 11 q. 21) | |
| | | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$55,282.00** |
|---|---|---|---|
| | Mr. Anthony A. Marnell, II<br>The Marnell Foundation<br>222 Via Marnell Way<br>Las Vegas, NV 89119 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** Donation-claim for funds held in trust by Debtor o/b/o claimant. Payment of BofA Construction Loan removes any contingency re: right to payment remaining issue as to nature & extent of estate's interest in trust funds (see SOFA pt 11 q. 21) | |
| | | Is the claim subject to offset?  ■ No  ☐ Yes | |

| Debtor | **Bishop Gorman Development Corporation** | Case number (if known) | **BK-17-11942-abl** |
|---|---|---|---|
| | Name | | |

| 3.10 | **Nonpriority creditor's name and mailing address**<br>**Mrs. Betty Engelstad**<br>**The Engelstad Family Foundation**<br>**851 S. Rampart Boulevard, #150**<br>**Las Vegas, NV 89145**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Donation-claim for funds held in trust by Debtor o/b/o claimant. Payment of BofA Construction Loan removes any contingency re: right to payment remaining issue as to nature & extent of estate's interest in trust funds (see SOFA pt 11 q. 21)**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$773,954.00** |
|---|---|---|

| 3.11 | **Nonpriority creditor's name and mailing address**<br>**Service Campaign Corporation**<br>**Attn: John Kilduff**<br>**P.O. Box 18136**<br>**Las Vegas, NV 89114**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Promissory Note**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$301,898.20** |

| 3.12 | **Nonpriority creditor's name and mailing address**<br>**The Bank of New York Mellon**<br>**Attn: Patricia Cronin**<br>**400 S. Hope Street, Suite 400**<br>**Los Angeles, CA 90071**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Debt Service**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$2,750.00** |

| 3.13 | **Nonpriority creditor's name and mailing address**<br>**Zions Bank**<br>**Attn: Charles Loughridge**<br>**Capital Markets, One South Main St.**<br>**Suite 1700**<br>**Salt Lake City, UT 84133**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Financial Consulting**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$22,704.08** |

### Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Lewis Roca Rothgerber Christie LLP**<br>**Attn: Scott Y. MacTaggart, Esq.**<br>**3993 Howard Hughes Parkway, Suite 600**<br>**Las Vegas, NV 89169** | Line **3.4**<br><br>☐ Not listed. Explain ____ | __ |

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | **0.00** |
| **5b. Total claims from Part 2** | 5b. + | $ | **2,722,657.66** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | **2,722,657.66** |

Official Form 206 E/F  Schedule E/F: Creditors Who Have Unsecured Claims  Page 3 of 3

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Bishop Gorman Development Corporation** |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (if known) | **BK-17-11942-abl** |

☐ Check if this is an amended filing

Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Bishop Gorman High School Lease dated December 1, 2011** | |
| | State the term remaining | **50 Years** | **Bishop Gorman High School**<br>**Attn: John Kilduff**<br>**5959 S. Hualapai Way**<br>**Las Vegas, NV 89148** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Master Lease Agreement dated May 31, 2013 for 42 LED Lights Philip Lightsys CT653** | |
| | State the term remaining | **4 years** | **De Lage Landen Financial Services**<br>**1111 Old Eagle School Road**<br>**Morrisville, PA 19067** |
| | List the contract number of any government contract | **25237802** | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Master Lease Agreement dated May 31, 2013 for Light Fixtures Philip Lightsys CT588** | |
| | State the term remaining | **4 Years** | **De Lage Landen Financial Services**<br>**1111 Old Eagle School Road**<br>**Morrisville, PA 19067** |
| | List the contract number of any government contract | **25237771** | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Ground Lease** | |
| | State the term remaining | | **Golden State Towers LLC**<br>**301 North Cattlemen Road**<br>**Suite 300**<br>**Sarasota, FL 34232** |
| | List the contract number of any government contract | | |

Debtor 1  **Bishop Gorman Development Corporation**
           First Name     Middle Name     Last Name

Case number (*if known*)  **BK-17-11942-abl**

| | **Additional Page if You Have More Contracts or Leases** |
|---|---|

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

**Fill in this information to identify the case:**

Debtor name: **Bishop Gorman Development Corporation**

United States Bankruptcy Court for the: **DISTRICT OF NEVADA**

Case number (if known): **BK-17-11942-abl**

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors     12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                                                  *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Bank of America, N.A. | 315 Montgomery Street<br>14th Floor<br>San Francisco, CA 94104<br>Guarantor | The Bank of New York Mellon | ■ D  **2.7**<br>☐ E/F ____<br>☐ G ____ |
| 2.2 | The Roman Catholic Bishop of Las Vegas, | and His Successors, a Corporation Sole<br>Attn: Judith Simon-Kohl<br>336 Cathedral Way<br>Las Vegas, NV 89114-8316<br>Guarantor | Bank of America, N.A. | ■ D  **2.1**<br>☐ E/F ____<br>☐ G ____ |
| 2.3 | The Roman Catholic Bishop of Las Vegas, | and His Successors, a Corporation Sole<br>Attn: Judith Simon-Kohl<br>336 Cathedral Way<br>Las Vegas, NV 89114-8316<br>Guarantor | Bank of America, N.A. | ■ D  **2.2**<br>☐ E/F ____<br>☐ G ____ |
| 2.4 | The Roman Catholic Bishop of Las Vegas, | and His Successors, a Corporation Sole<br>Attn: Judith Simon-Kohl<br>336 Cathedral Way<br>Las Vegas, NV 89114-8316<br>Guarantor | The Bank of New York Mellon | ■ D  **2.7**<br>☐ E/F ____<br>☐ G ____ |