# United States Bankruptcy Court
### District of Nevada

In re    **Bishop Gorman Development Corporation**                                    Case No.    BK-17-11942-abl
                                            Debtor(s)                                Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| The Roman Catholic Bishop of Las Vegas, and His Successors, a Corporation Sole<br>Attn: Judith Simon-Kohl<br>336 Cathedral Way<br>Las Vegas, NV 89114-8316 | | 100% | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Executive Director/Treasurer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    05/17/2017                    Signature    _____
                                                    Deacon Aruna Silva

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.